UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 17-3463
_____

SAMANTHA SAYLES,
Individually and on behalf of all others similarly situated

v.

ALLSTATE INSURANCE COMPANY,
Appellant

_____

No. 17-3769
_____

WILLIAM H. SCOTT

v.

TRAVELERS COMMERCIAL INSURANCE COMPANY,
Appellant

_____

Present: HARDIMAN, KRAUSE, and BIBAS, *Circuit Judges*.

## **ORDER**

On or before December 19, 2019, the parties shall submit simultaneous letter briefs, not to exceed five single-spaced pages, addressing the significance for the disposition of this case of the Pennsylvania Supreme Court's opinion submitted in response to our certified question.

By the Court,

s/ Cheryl Ann Krause

Circuit Judge

Dated:  December 9, 2019
JK/cc:  All Counsel of Record