UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 17-3463

SAMANTHA SAYLES,
Individually and on behalf of all others similarly situated

v.

ALLSTATE INSURANCE COMPANY,
Appellant

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(No. 3:16-cv-01534)
District Judge:  Hon. A. Richard Caputo

No. 17-3769

WILLIAM H. SCOTT

v.

TRAVELERS COMMERCIAL INSURANCE COMPANY,
Appellant

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(No. 1:14-cv-00535)
District Judge:  Hon. Arthur J. Schwab

Before:  HARDIMAN, KRAUSE, and BIBAS, *Circuit Judges*

---

# ORDER

---

KRAUSE, *Circuit Judge*.

In these consolidated appeals, we certified the following question to the Supreme Court of Pennsylvania:

> Whether, under Pennsylvania law, a contractual provision in a motor vehicle insurance policy that requires an insured to submit to an independent medical examination by a physician selected by the insurer, when and as often as the insurer may reasonably require, as a condition precedent to the payment of first-party medical benefits under that policy, conflicts with the Motor Vehicle Financial Responsibility Law, 75 Pa. Stat. and Cons. Stat. Ann. § 1796(a), and is therefore void as against public policy.

Pet. for Certification at 9. The Supreme Court of Pennsylvania accepted the certified question and has rendered an opinion, holding that such a contractual provision conflicts with section 1796(a) and is therefore void as against public policy. *Sayles v. Allstate Ins. Co.*, --- A.3d ---, Nos. 58 MAP 2018 & 59 MAP 2018, 2019 WL 6138409, at *1, *13 (Pa. Nov. 20, 2019). As a Court sitting in diversity, we are compelled to follow the state supreme court's definitive interpretation of a matter of state law. *Crystallex Int'l Corp. v. Petróleos de Venezuela, S.A.*, 879 F.3d 79, 84 (3d Cir. 2018). Accordingly, we hereby affirm the District Courts' orders of May 10, 2017 (in 17-3463) and October 6, 2016 (in 17-3769) and remand for further proceedings. Costs will be taxed against Appellants.

By the Court,

s/ Cheryl Ann Krause
Circuit Judge

Dated:  December 27, 2019
JK/cc:  All Counsel of Record